TOMIO B. NARITA (SBN 156576)
tnarita@snllp.com
R. TRAVIS CAMPBELL (SBN 271680)
tcampbell@snllp.com
JENNIFER L. YAZDI (SBN 301868)
jyazdi@snllp.com
SIMMONDS & NARITA LLP
44 Montgomery Street, Suite 3010
San Francisco, CA 94104-4816
Telephone: (415) 283-1000
Facsimile:   (415) 352-2625

Attorneys for Defendant
Gordon & Wong Law Group, P.C.
(erroneously sued as "Gordon and Wong
Law Group PC")

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUDY SHEPARD-HALL, | CASE NO.: 2:16-cv-01361-MCE-GGH |
| Plaintiff, | **DECLARATION OF MITCHELL L. WONG IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** |
| vs. | Date:  April 20, 2017 |
| GORDON AND WONG LAW GROUP PC; and DOES 1 to 10, inclusive, | Time:  2:00 p.m.<br>Ctrm:  7, 14th Floor |
| Defendants. | The Honorable Morrison C. England, Jr. |

I, Mitchell L. Wong, declare as follows:

1.    I am a partner of Gordon & Wong Law Group, P.C. ("Gordon & Wong" or "the Firm").  I make this declaration in support of Gordon & Wong's Motion for Summary Judgment.  I have personal knowledge of the facts set forth below.  If called upon as a witness, I could and would testify competently to its contents.

2.    Gordon & Wong is a law firm that represents creditors and debt buyers in connection with the collection of unpaid financial obligations.  I am familiar with the Firm's business records and its record-keeping practices relating to accounts it is retained to collect.

3.    Gordon & Wong maintains internal account notes for each account that is referred to the Firm for collection.  The account notes are kept in the ordinary course of business of the Firm and are maintained in the Firm's computer system.  It was within the ordinary course of the Firm's business for an employee with personal knowledge of the act, event, condition or opinion recorded in the account notes to make the record included in the notes at or near the time of the act and/or event recorded.  The Firm relies upon its account notes for their accuracy.

4.    I have reviewed the Firm's account notes relating to the plaintiff in this action, Judy Shepard-Hall ("Hall"), and my testimony in this declaration is based upon my review of those notes, my personal knowledge of the firm's practices, and my review of other documents maintained in the Firm's file for Hall.  A true and correct redacted copy of Hall's account notes for the period from February 26, 2016 through June 30, 2016 is attached hereto as **Exhibit 1**.  The redactions are to protect Hall's personal identifying information and items that are subject to the attorney-client or work-product privileges.

5.    Gordon & Wong also periodically records telephone calls it makes and receives in connection with its collection efforts.  The recordings are made and kept in the ordinary course of business of the Firm and are maintained in the Firm's computer system.  The Firm relies upon its recordings for their accuracy.  I have

listened to recordings of telephone calls referenced in this declaration that I understand are being lodged with the Court in connection with Gordon & Wong's Motion for Summary Judgment. The recordings are true and accurate copies of the recordings maintained in the Firm's system.

6. Gordon & Wong represented non-party Asset Acceptance, LLC ("Asset") in connection with the enforcement of state court judgment entered against Hall in the matter *Asset Acceptance, LLC v. Judy Shepard-Hall*, case no. VCM 102358, Solano County Superior Court ("State Court Action"). The judgment was for the balance owed on Hall's delinquent Dell Financial Services account ("the Account"). When Hall failed to pay the judgment amount, garnishment proceedings were initiated by the Firm.

7. On February 23, 2016, Gordon & Wong filed a writ of execution in the State Court Action to enforce the judgment. The writ and other garnishment documentation were subsequently served on Hall's employer by the Sacramento County Sheriff. A true and correct copy of the writ of execution is attached hereto as **Exhibit 2**.

8. On March 31, 2016, Gordon & Wong received a call from a representative of the Price Law Group, APC ("PLG"), a law firm, who stated that Hall had hired PLG to represent her in connection with negotiating a settlement of the Account. Thereafter, between April 4, 2016 and April 8, 2016, an employee of Gordon & Wong had several telephone conversations with the PLG representative regarding settling the Account.

9. During two calls on April 8, 2016, Gordon & Wong's employee advised the PLG representative that Asset would accept Hall's offer to settle the Account for one payment by Hall of $3,000. True and correct copies of the recordings of the two April 8, 2016 conversations are attached as **Exhibits 3** and **4** to the Notice of Lodging that I understand is being filed herewith.

10.     At no point during the April 8, 2016 calls – nor at any other time – did Gordon & Wong state that Asset would agree to terminate garnishment proceedings prior to receiving the settlement payment from Hall.  Nor was there any agreement regarding when Gordon & Wong would provide documents to PLG to memorialize the settlement.  Nor did Gordon & Wong agree to send a notice of termination of the garnishment to Hall's employer.  The Firm's procedure was to notify the sheriff's office that the garnishment should be terminated, as the sheriff is the only entity that can execute or terminate a court ordered garnishment.  The records of the Firm, described below, reflect that the Firm followed this policy.

11.     On April 15, 2016, Gordon & Wong faxed a letter to PLG reflecting the settlement terms agreed to during the April 8 call ("April 15 Letter").  A true and correct redacted copy of the April 15 Letter is attached hereto as **Exhibit 5**.

12.     After faxing the April 15 Letter, Gordon & Wong received a telephone call in the afternoon on April 15, 2016 from a PLG representative claiming that Hall's wages had been garnished that morning.  The PLG representative stated: "I thought the termination was going to be sent before she was going to be paid again."  Gordon & Wong's employee confirmed no such agreement had been reached and that a request of the sheriff to terminate the garnishment would not be sent until the Firm received the settlement funds.  The PLG representative requested the April 15 Letter be revised to reduce the settlement payment Hall was required to make by the amount that had been garnished.  Gordon & Wong agreed.  A true and correct copy of the recording of the April 15, 2016 conversation is attached as **Exhibit 6** to the Notice of Lodging that I understand is being filed herewith.

13.     On April 19, 2016, Gordon & Wong faxed PLG the revised settlement letter, as discussed during the April 15 call ("April 19 Letter").  Hall was to pay a reduced amount of $2,165.91, and the remainder was satisfied by the amount garnished on April 15, 2016.  A true and correct redacted copy of the April 19 Letter is attached hereto as **Exhibit 7**.

14.    That same day, April 19, 2016, Gordon & Wong faxed the Sacramento County Sheriff's office notice that the garnishment in connection with the Account should be terminated effective April 19, 2016.  A true and correct copy of the Notice of Termination or Modification of Earnings Withholding Order and a redacted copy of the Confidential Statement of Debtor's Social Security Number that were faxed to the sheriff are attached hereto as **Exhibit 8**.

15.    On April 20, 2016, Gordon & Wong received an executed copy of the April 15 Letter and payment of $3,000 from PLG.  The $3,000 was more than the amount required by the parties' revised settlement terms, which, as PLG had expressly requested, provided that Hall was only required to pay the sum of $2,165.91.  A true and correct redacted copy of the executed April 15 Letter is attached hereto as **Exhibit 9**.

16.    On April 26, 2016, Gordon & Wong faxed the Notice of Termination or Modification of Earnings Withholding Order and Confidential Statement of Debtor's Social Security Number to the Sacramento County's Sheriff office a second time, again stating the garnishment in connection with the Account should be terminated effective April 19, 2016.  The second fax was sent because the sheriff's office claimed the faxed it received on April 19, 2016 was unsigned.  A true and correct copy of a screen shot from Gordon & Wong's computer system confirming the Notice of Termination or Modification of Earnings Withholding Order and Confidential Statement of Debtor's Social Security Number were resent to the sheriff's office on April 26, 2016 is attached hereto as **Exhibit 10**.

17.    I am informed and believe, based on the Firm's subsequent investigation, that the Sheriff notified Hall's employer of the termination of the garnishment on April 27, 2016.

18.    Nine days later, on May 5, 2016, Gordon & Wong received a letter from PLG, demanding Gordon & Wong pay Hall money or she would sue the Firm for

alleged violations of the Fair Debt Collection Practices Act. A true and correct copy of the letter is attached hereto as **Exhibit 11**.

19. On May 19, 2016, attorney Mitchell Wong sent PLG a letter explaining the Firm had notified the sheriff on April 26, 2016 that the garnishment should be terminated, and if any additional amounts had been garnished thereafter, this was not a result from any error of the Firm. A true and correct copy of the letter is attached hereto as **Exhibit 12**.

20. As a result of the overpayment by Hall on April 20, 2016, Gordon & Wong voided the check it received from the Sheriff in connection with the April 15, 2016 garnishment and instructed the Sacramento County's Sheriff office to return the funds to Hall. I am informed and believe, based on the Firm's subsequent investigation, that the funds were in fact returned, including any fees charged to Hall by the sheriff.

21. Gordon & Wong did not communicate directly with Hall or undertake any efforts to collect the Account after being contacted by PLG on March 31, 2016. Gordon & Wong negotiated with PLG in good faith and provided timely notice to the sheriff that the garnishment should be terminated, consistent with the settlement that was reached between Hall and Asset. Gordon & Wong never agreed to notify Hall's employer of the termination directly and has no control over whether the sheriff properly provided notice to her employer.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed at Walnut Creek, California on this 7th day of February, 2017.

By: _____

Mitchell L. Wong

# Exhibit 1

# Case notes

| Date | Time | Init | Tp | |
|------|------|------|----|-|

06/30/2016   1729 MW   C    MWONG - LEGAL RVW - COMMENTS ADDED ████████████████████
████████████

Dear Officer Malumphy:

On or about June 6, 2016 after speaking with you I voided and returned the remittance check from the garnishment in this matter due to a settlement of the matter. Would you please:
1. confirm to me that you received the voided check and that judgment debtor has been credited back the proper amount? Check was dated 5/16/2016 for $906.91, I don't know if you have credited your fee as well.

2. let me know when the credit was made to her account and

3. the amount that was credited?

4. the current status of the file?

Thank you very much.

06/16/2016   1823 BM   C    BMANUEL - JUDGMENT SATISFIED : 06-09-2016

06/06/2016   1226 MW   C    MWONG - email voided check to sheriff, mail the same.

06/06/2016   1212 MW   C    MWONG - pc w sheriff 916-875-0195, gave me Wendy Malumphy direct number 916-875-2696 ok to VOID their check, email and mail a copy to them directly, she undrstood the $12 sheriff fee was taken off os $906.91 is actually $894.91.

06/06/2016   1212 MW   C    MWONG - email is wmalumphy@sacsheriff.com

06/06/2016   1123 MW   C    MWONG - letter from sheriff says check 2012785211 dated 5/16/2016 for $906.91 was issued in error since a full release effective 4/19/2016 was received per our release /modification instructions. they are requesting a return of the funds to Attn: Wendy Malumphy/Vanessa Narnjo Sacramento County Sheriff Civil Bureau 3341 Power Inn Road, Ste 313, Sacramento, CA 95826, please reference sheriff file # 2016006086 Court Case # VCM102358 on the check. Instructions to Accounting.

06/04/2016   1939     F    ACCOUNTING-Posted trx #17 disbursement amount: -125.00 paid on: 06/04/2016 desc: 15273-Process server fee Def 1 - - CASE #: VCM102358 Ourfile: 46004 paid to: Gotcha Process Service, Inc. Bankacct: T-ASSET

06/04/2016   1939     F    ACCOUNTING-Posted trx #17 disbursement amount: -125.00 paid on: 06/04/2016 desc: 15271-Process server fee Def 1 - - CASE #: VCM102358 Ourfile: 46004 paid to: Gotcha Process Service, Inc. Bankacct: T-ASSET

05/24/2016   2019 MV   C    ACCOUNTING - Payment received - pending posting trx #01 Type: GARNISHMNT amount: 894.91 credited on: 05/24/2016 Ref#: 2012785211 - Payment to our firm, GARNISHMNT-2012785211 paid by: Nebraska Mercy Housing

05/20/2016   1124 TP   C    TPERRY - Fax Successfully Sent Fax Sending Details...
Message #:      7563004

Recipient Name:     18189072122
Recipient Company:

**Date**       **Time Init Tp**

Delivery Date:        5/20/2016
Total Pages:     1
Transmit Time:      1 min : 36 sec

05/20/2016   1119 TP   C   TPERRY - FAX SENT FROM WALNUT CREEK OFFICE: letter to OC

05/20/2016   1119    L   THARPER-Document created: DEBTR_ENVE - Debtor Envelope Sheet

05/19/2016   1756    L   MWONG-Document created: ATT_LTR_NO - Letter to Attorney - No BOP Response

05/18/2016   1521 MV   C   ACCOUNTING - ACCT RE-OPEN CODE TO APPLY/REFUND PAYMENTS ON CLOSED FILE - Notary Fee

05/18/2016   1521    F   ACCOUNTING-Posted trx #17 disbursement amount: -20.00 paid on: 05/18/2016 desc: 15240-Notary Fee -
                         Case #: VCM102358  Ourfile: 46004  paid to: Gordon Wong Law Group  Bankacct: T-ASSET

05/18/2016   1520 MV   A   ACCOUNTING - Claim is reopened with statid of: C118

05/13/2016   1516 YS   C   YSAECHAO - Inbound/Outbound Call POE - Third Party Contact 303-830-3423 outbound time 3:01, spoke to
                         rep from mercy housing. i ask her did they receive the termination. she said on the 3rd of May. i
                         ask her how did they get it. she said they get the termination from the webiste.

05/13/2016    900    A   YSAECHAO- DDAS items ran:
                         DDAS - response...ID: 114 - Inbound/Outbound Call POE - Answering Machine - No Message
                         +Task added: CB days: 7  For Dbr# 1

05/13/2016    900 YS   C   YSAECHAO - Inbound/Outbound Call POE - Answering Machine - No Message 415-355-7100

05/13/2016    846 YS   C   YSAECHAO - Inbound/Outbound Call POE - Answering Machine - No Message 303-830-3423

05/13/2016    845    A   YSAECHAO- DDAS items ran:
                         DDAS - response...ID: 122 - Inbound/Outbound Call Other - Left Message on Machine
                         +Task added: CB days: 7  For Dbr# 1

05/13/2016    845    A   YSAECHAO- DDAS items ran:
                         DDAS - response...ID: 114 - Inbound/Outbound Call POE - Answering Machine - No Message
                         +Task added: CB days: 7  For Dbr# 1

05/12/2016   1636 YS   C   YSAECHAO - Inbound/Outbound Call POE - Answering Machine - No Message 303-830-3423

05/12/2016   1635    A   YSAECHAO- DDAS items ran:
                         DDAS - response...ID: 114 - Inbound/Outbound Call POE - Answering Machine - No Message
                         +Task added: CB days: 7  For Dbr# 1

05/12/2016   1634    A   YSAECHAO- DDAS items ran:
                         DDAS - response...ID: 114 - Inbound/Outbound Call POE - Answering Machine - No Message
                         +Task added: CB days: 7  For Dbr# 1

05/12/2016   1634 YS   C   YSAECHAO - Inbound/Outbound Call POE - Answering Machine - No Message 303-830-3423

05/12/2016   1502    L   MWONG-Document created: VALID - Letter to Consumer - Validation Response

05/12/2016   1253 MP   C   MPENAFLOR - LEGAL INFORMATION: ███████████████████████████
████████████████████████████████████████████████████████████████████████████████

# Case notes

| Date | Time | Init | Tp | |
|------|------|------|----|---|

█████████████████████████████

05/12/2016    858         A    YSAECHAO- DDAS items ran:
DDAS - response...ID: 114 - Inbound/Outbound Call POE - Answering Machine - No Message
+Task added: CB days: 7  For Dbr# 1

05/12/2016    858 YS      C    YSAECHAO - Inbound/Outbound Call POE - Answering Machine - No Message 303-830-3423

05/11/2016   1318 MW      C    MWONG - received demand, forward to TP and ALG for review and discussion.

05/11/2016   1316 MW      C    MWONG - Pc w/ FLorence from Price Law Group, has a demand on the 5th, re Judy Shepard-Hall, demand
is for garnishing after settling and paying in full, garnished while negotiating, termination should
have been faxed to her employer, never sent.  After she paid in full, $800 then garnished.  Last she
spoke she was getting a refund of $900.  return garnishment, also liability.  David Chami is the
attorney, he gave me until next week to respond to them.

05/11/2016   1256         A    Check# 15131 in bankacct: T-ASSET for client remittance dated: 05/03/2016 was changed to, new check
# 160503

05/06/2016    858         F    TPERRY - Cost check request #53 pay to: GWLG  Desc: Notary Fee  Amount: 20.00

05/06/2016    858         A    TPERRY- TAS documents printed with code: PJSAT - Print Satisfaction of Judgment - Tas processed:
PJSAT - Print Satisfaction of Judgment

05/06/2016    851 TP      A    TPERRY - Claim is closed. Payment follow up and broken promise followup canceled Close statid of:
C118-Close - Settle in Full and close date of: 05/06/2016

05/05/2016   1522 YS      C    YSAECHAO - Inbound/Outbound Call Attorney - AM, No Message Left 818-907-2133

05/05/2016   1317 YS      C    YSAECHAO - Inbound/Outbound Call Attorney - RPC - No Promise Obtained spoke to floren. she said she
spoke to the debtor, she debtor told her the sheriff is not refunding all her garnishment back to
her. i told i will have to check with he sheriff dept and get back with her.

05/05/2016   1308 YS      C    YSAECHAO - Inbound/Outbound Call Attorney - RPC - No Promise Obtained spoke to floren from price law
group. she ask about the garishment funds.i told her we already send out the termination. she said
the debtor was garnish on the 29th of april. i told we send over the termination later before that.
i dont know how the sheriff work so once we send out the letter it on the sheriff dept end to send
it to her employer.

05/05/2016   1251 TP      C    TPERRY - FAX RECEIVED: letter from attorney

05/03/2016   1148 TP      C    TPERRY - FAX SENT FROM WALNUT CREEK OFFICE: termination to employer

05/03/2016   1148 TP      A    TPERRY - Desk code changed from: YS   to: TCLS from DDAS: SYSTEM-SHORTCUT

05/03/2016   1148 TP      A    TPERRY - Desk code changed from: TCLS to: TCLS from DDAS: SYSTEM-SHORTCUT

05/03/2016   1148         A    TPERRY- DDAS items ran:
DDAS - response...ID: 17 - Close Account - SIF
+Task added: CLSSIF days: 0  For Dbr# 1
+DDAS desk moved to: TCLS
+DDAS EDI MATRIX CODE: C118
+DDAS new client status: C118
+DDAS new client status2: C118

Date        Time Init Tp

DDAS - response...ID: 75 - Close Account - SIF - Jmt
+Task added: PJSAT days: 0  For Dbr# 1
+Task added: SIFLETTER days: 0  For Dbr# 1
+Task added: CLOSEFILE days: 0  For Dbr# 1
+DDAS desk moved to: TCLS
+DDAS EDI MATRIX CODE: C118
+DDAS new client status: C118
+DDAS new client status2: C118

05/03/2016   1148 TP  C   TPERRY - CLOSED - SETTLE IN FULL

05/02/2016   1453 YS  C   YSAECHAO - Inbound/Outbound Call Other - Third Party Contact 303-830-3423 spoke to rep from mercy
                         housing. she said that the debtor email her about stopping the garnishment. i ask her for her fax #
                         so we could send her a copy of termination of garnishment. fax number 303-830-3488

04/26/2016   1501     A   MPENAFLOR- TAScode: GPSFUPOE-Follow up on garnishment status with GPS completed

04/26/2016   1501     A   MPENAFLOR- TAScode: FUGWRI-Follow up with Gotcha re: Writ Questionnaire completed

04/26/2016   1501     A   MPENAFLOR- TAScode: FUGWRI-Follow up with Gotcha re: Writ Questionnaire completed

04/26/2016   1501     A   MPENAFLOR- TAScode: FUGWRI-Follow up with Gotcha re: Writ Questionnaire completed

04/26/2016   1501     A   MPENAFLOR- TAScode: FUGWRI-Follow up with Gotcha re: Writ Questionnaire completed

04/22/2016    944 YS  C   YSAECHAO - Inbound/Outbound Call Attorney - RPC - No Promise Obtained spoke to floren from price law
                         group ask about the payment,. told her we recieved on wednesday

04/20/2016   1408 MV  F   ACCOUNTING - Payment received - pending auto posting trx #01 Type: MONEYORDER  amount: 3000.00
                         credited on: 04/20/2016  Ref#: 9553604140 - Payment to our firm, MONEYORDER-9553604140  paid by:
                         JUDY SHEPARD-HALL

04/20/2016   1408 MV  F   ACCOUNTING - Payment received - pending auto posting trx #01 Type: MONEYORDER  amount: 3000.00
                         credited on: 04/20/2016  Ref#: 9553604140 - Payment to our firm, MONEYORDER-9553604140  paid by:
                         JUDY SHEPARD-HALL

04/20/2016   1408     F   ACCOUNTING-Posted trx #01 payment of: 3000.00 paid to our firm credited on: 04/20/2016 desc:
                         9553604140-Payment to our firm, MONEYORDER-9553604140  paid by: JUDY SHEPARD-HALL

04/19/2016   1453 MP  C   MPENAFLOR - TERMINATION OF GARNISHMENT SENT TO SHERIFF & EMPLOYER: SENT TO SACRAMENTO SHERIFF'S
                         OFFICE VIA FAX

04/19/2016   1429     L   MPENAFLOR-Document created: LTR_SHR_MO - LETTER TO SHERIFF - MODIFICATION

04/19/2016   1428     A   MPENAFLOR-Legal1 - Change of sheriff to: Sacramento sheriff code: SACRO

04/19/2016   1236     L   TPERRY-Document created: CONFIDENTI - CONFIDENTIAL SSN STATEMENT

04/19/2016   1232     L   TPERRY-Document created: EWOTERM - Termination of Earnings Withholding Order

04/19/2016   1225 TP  C   TPERRY - FAX SENT FROM WALNUT CREEK OFFICE: updated settlement arrangement letter

04/15/2016   1231 YS  C   YSAECHAO - Inbound/Outbound Call Attorney - RPC - No Promise Obtained spoke to floren from price law
                         group. she said the debtor has been garnish for $834.09,  she want a letter with the new amount fax
                         to her.

Case 2:16-cv-01361-MCE-GGH    Document 9-2    Filed 02/13/17    Page 12 of 49

| Date | Time | Init | Tp | |
|------|------|------|----|---|
| 04/15/2016 | 1225 | YS | C | YSAECHAO - wcanop |
| 04/15/2016 | 901 | TP | C | TPERRY - EMAIL FROM/TO DEBTOR OR DEBTOR'S ATTY |
| 04/15/2016 | 900 | | L | TPERRY-Document created: SIF_OFFER_ - SIF Offer Letter |
| 04/11/2016 | 1346 | YS | C | YSAECHAO - SIF Payment arrangement set for Dbr: 1 with a setup date: 04/11/2016, Settlement. PTP_ID: 1218 first payment of: 3000.00 Due on: 04/22/2016 |
| 04/11/2016 | 1346 | | A | YSAECHAO- DDAS items ran: DDAS - response...ID: 82 - |
| 04/11/2016 | 1343 | YS | C | YSAECHAO - Inbound/Outbound Call Attorney - RPC - No Promise Obtained spoke to floren from price law, she gave me the debtor fax number to her payroll dept. fax number 303-830-3488 |
| 04/08/2016 | 1635 | YS | C | YSAECHAO - Inbound/Outbound Call Attorney - RPC - No Promise Obtained spoke to floren from prie law, she said the debtor could do $3k in a lump sum. |
| 04/08/2016 | 1202 | YS | C | YSAECHAO - Inbound/Outbound Call Attorney - RPC - No Promise Obtained spoke to floren regarding the offer. ask her if she could do the $3k in a lump sum |
| 04/06/2016 | 1139 | YS | C | YSAECHAO - Inbound/Outbound Call Attorney - RPC - No Promise Obtained 818-907-2030, spoke to floren from Price law group. she want to know is the offer of the $4100 include the garnishment  that debtor was garish for. i told her yes. she want to know if the settlement could be broken up in two parts with 2k and the rest in two months. i told her i will need to check and get back with her. she stated the debtor does not want to send the paystub b/c its a personal info. |
| 04/05/2016 | 1528 | YS | C | YSAECHAO - Inbound/Outbound Call Attorney - RPC - No Promise Obtained, spoke to floren with Price law group. she said she will send over the paystub |
| 04/04/2016 | 1539 | YS | C | YSAECHAO - Inbound/Outbound Call Attorney - RPC - No Promise Obtained 818-907-2133, spoke with attorney David, he said the debtor is going to request a claim of exemption, he want to know if the offer of $4100 include the garishment amount. itold him i need to find out and get back with him. i ask him if he could get the debtor to send in the paystub where it show the garishment amount. he said he will ask the debtor for the amount and get back with me. |
| 04/04/2016 | 1513 | YS | C | YSAECHAO - Inbound/Outbound Call Attorney - RPC - No Promise Obtained 818-907-2030, Spoke to rep from Price law Group she said the most the debtor could do is 3500 with 2k down and the rest in parts. i ask her about the garishment. she said the debtor told her she was garnish about $1055, first one was on march 18th for 850 and the secound was one the first for $205. i told i will present the offer and get back with her |
| 04/04/2016 | 1013 | YS | C | YSAECHAO - Inbound/Outbound Call Attorney - RPC - No Promise Obtained spoke to rep from price law group, i told her we need to find out what is the garnishment amount befor taking the offer. without the info the offer is $4150. she said she will get in contact with the debtor and get back with me |
| 04/04/2016 | 1013 | | A | YSAECHAO- TAScode: JCBE-Judgment Call Back - Evening completed |
| 03/31/2016 | 1606 | TP | C | TPERRY - Power of Attorney Received: |
| 03/31/2016 | 1449 | YS | C | YSAECHAO - Inbound/Outbound Call Attorney - AM, No Message Left 818-907-2133 |
| 03/31/2016 | 1245 | YS | C | YSAECHAO - Inbound/Outbound Call Attorney - RPC - No Promise Obtained spoke to rep rom price law |

**Date**        **Time Init Tp**

group. gave her the balacne of $5,539.97, she offer $3k. i told i will get back with her

03/31/2016  1221 YS  A   DEB2 - info changed for contact name: PRICE LAW GROUP, APC
                         Name   from:                          to: PRICE LAW GROUP, APC
                         Add1   from:                          to: 1204 E. BASELINE RD SUITE 102
                         CSZ    from: ,                        to: Tempe, AZ 85283
                         Phone  from:                          to: 818-907-2133
                         Fax    from:                          to: 818-907-2122
                         Ref2   from:                          to: MARICOPA

03/25/2016   915 MP  C   MPENAFLOR - Employers Return Received: DEBTOR IS CURRENTLY EMPLOYED AND GETS PAID EVERY TWO WEEKS.
                         AMOUNT NOT GIVEN

03/25/2016   915     A   MPENAFLOR- TAScode: GPSPOE-Garnishment request to GPS completed

03/14/2016  1048     A   ACCOUNTING - Update field data  field1: feerate from: 25.0  to 24.0

02/26/2016     0     A   Conversion information - Claim Info:
                         Nclaimid                    - 59566
                         Nfeeagreem                  - 69
                         Nbatchid                    - 3299
                         Nclientid                   - 4960
                         Norigcredi                  - 1721
                         Npoolid                     - 0
                         Ncollectio                  - 125
                         Ncollecti1                  - 18
                         Bcollectio                  - 1
                         Nlegalsubs                  - 17
                         Nlegalowne                  - 0
                         Blegalteam                  - 0
                         Nfirmscore                  - 0
                         Nexchangei                  - 1
                         Sorigcredi                  - 6879450129013322253
                         Sattyfilen                  - 10-10181
                         Dexchanger                  - 0.00000000
                         Sclntacctn                  - 12-301331
                         Dcontingen                  - 0.250
                         Bisrate                     - 1
                         Dtplaced                    - 10/21/2010 12:00:00AM
                         Curlastpmt                  - 0.00
                         Dtoriglast                  - 04/26/2005 12:00:00AM
                         Curoriglas                  - 0.00
                                                     - 10/15/2018 12:00:00AM
                         Dtlastatte                  - 01/20/2016 4:58:00PM
                         Dtcollecti                  - 02/11/2016 12:46:00PM
                         Dtlegalsta                  - 01/20/2016 9:51:00AM
                         Sclntlasta                  - 0.00
                         Curadvcost                  - 0.00
                         Curunappli                  - 0.00
                         Nxplaced                    - 0
                         Curcost2co                  - 0.00
                         Nproposedc                  - 357

Exhibit 2



# G P S Business Services, Inc.
# Apple Valley California 92308
Phone: 760.247.7373  Fax: 760.247.7033

## GORDON & WONG LAW GROUP

| DATE | April 5, 2016 |
|---|---|
| GPS FILE # | 852669A |
| FILE # | 10-10181 |

## Service Status of Writ of Execution

**Defendant Information:**
ASSET ACCEPTANCE, LLC
V. JUDY SHEPARD-HALL,

**Sheriff Information:**
Office of the Sheriff, Sacramento (916) 875-2665
3341 Power Inn Rd. #313, Sacramento, CA. 95826

Date of Service:  03/14/16
Time of Service:  10:00 AM

If Avail: Levy #  16-06086

**Employer / Bank Information:**
MERCY HOUSING, INC., WHICH WILL DO BUSINESS IN CALIFORNIA
AS NEBRASKA MERCY HOUSING, INC. C/O CSC
2710 GATEWAY OAKS DR., # 150N, SACRAMENTO, CA 95833

**Court Information:**

| | |
|---|---|
| County: | Solano |
| District: | Old Solano Courthouse |
| Address: | 580 Texas Street, Fairfield, CA 94533 |
| Case #: | VCM102358 |

| | |
|---|---|
| Service Charges: | $125.00 |
| Adv Writ Fees: | $0.00 |
| Adv Sheriff Fees: | $0.00 |
| Invoice Total: | $125.00 |

Thank you for your attention to this report.

Sincerely,
Isaias Medina

852669A  10-10181

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name. State Bar number and address) | FOR COURT USE ONLY          EJ-130 |
|---|---|
| Amy Gordon / Mitchell Wong, 143560 / 170856<br>GORDON & WONG LAW GROUP<br>1485 Treat Blvd, Suite 102<br>Walnut Creek, CA 94597          REF: 10-10181<br>TELEPHONE NO (877) 275-4979     FAX NO (650) 583-9010<br>E-MAIL ADDRESS<br>ATTORNEY FOR (Name)<br>☒ ATTORNEY FOR     ☒ JUDGMENT CREDITOR   ☐ ASSIGNEE OF RECORD | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Solano
STREET ADDRESS          580 Texas Street, Fairfield, CA 94533
MAILING ADDRESS        580 Texas Street, Fairfield, CA 94533
CITY AND ZIP CODE
BRANCH NAME          Old Solano Courthouse

PLAINTIFF     ASSET ACCEPTANCE, LLC
DEFENDANT    JUDY SHEPARD-HALL.

| WRIT<br>OF | ☒<br>☐<br>☐ SALE | EXECUTION (Money Judgment)<br>POSSESSION OF    ☐ Personal Property<br>                           ☐ Real Property | CASE NUMBER<br>VCM102358 |
|---|---|---|---|

☒ Limited Civil Case        ☐ Small Claims Case
☐ Unlimited Civil Case     ☐ Other_____

1  To the Sheriff or any Marshal or Constable of the County of: **Sacramento**

You are directed to enforce the judgment described below with daily interest and your costs as provided by law

2. **To any registered process server** You are authorized to serve the writ only in accordance with CCP 699.080 or CCP 715 040

3          (Name): ASSET ACCEPTANCE, LLC
           is the ☒ judgment creditor ☐ assignee of record  whose address is shown on this form above the court's name

4 Judgment debtor (name, type of legal entity stated in judgment if not a natural person, and last known address)

┌JUDY SHEPARD-HALL
│6656 SAWGRASS LN, VALLEJO, CA  94591
│
│
└

☐ additional judgment debtors on next page

5  Judgment entered on (date) 10/15/08
6  ☐ Judgment renewed on (dates).

7  Notice of sale under this writ
   a. ☒ has not been requested.
   b. ☐ has been requested (see next page).
8  ☐ Joint debtors information on next page

9.  ☐ See next page for information on real or personal property to be delivered under a writ or possession or sold under a writ of sale
10. ☐ This writ is issued on a sister-state judgment
11.    Total judgment          ....... ... .$3,171.89
12.    Cost after judgment (per filed order or memo CCP 685.090)      ... $390.00
13     Subtotal (add 11 and 12)    . . ..... .$3,561.89
14.    Credits                    ..... $0.00
15.    Subtotal (subtract 14 from 13)    $3,561.89
16.    Interest after judgment (per filed affidavit CCP 685.050) (not on GC 6103 5 fees) .  .$2,489.11
17.    Fee for issuance of writ     . .  .$ 25.00
18     Total (add 15, 16 and 17)    . . .  .$6,076.00
19.    Levying officer:
       (a) Add Daily interest from date of writ (at the legal rate on 15) (not on GC 6103 5 fees) of     . . .10% . .  $0.97
       (b) Pay directly to court costs included in 11 and 17 (GC 6103 5, 68637, CCP 699 520 (i))     . .... $0 00
20 [ ]  The amounts called for in items 11-19 are different for each debtor The amounts are stated for each debtor on Attachment 20

(SEAL)

Issued on
**FEB 2 3 2016**

Clerk, by _____  A. JEAN , Deputy

- NOTICE TO PERSON SERVED: SEE NEXT PAGE FOR IMPORTANT INFORMATION

Page 1 of 2

Form Approved for Optional Use
Judicial Council of California
EJ-130 [Rev January 1, 2012]

**WRIT OF EXECUTION**

Code of Civil Procedures §§ 699 520, 712 010 715 010
Government Code § 6103 5

852669  10-10181

JS

ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*
Amy Gordon / Mitchell Wong      SBN: 143560 / 170856
GORDON & WONG LAW GROUP
1485 Treat Blvd, Suite 102
Walnut Creek, CA 94597

TELEPHONE NO      (877) 275-4979
E-MAIL ADDRESS (Optional)      FAX NO (Optional):      (650) 583-9010
ATTORNEY FOR (Name)      Plaintiff

LEVY #      **16-06086**
Office of the Sheriff
County of Sacramento (916) 875-2665
3341 Power Inn Rd. #313, Sacramento, CA 95826

2016 MAR 14 AM 11:21      SACTO. SHERIFF'S CIVIL

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Solano
STREET ADDRESS      580 Texas Street, Fairfield, CA 94533
MAILING ADDRESS.
CITY AND ZIP CODE:      580 Texas Street, Fairfield, CA 94533
BRANCH NAME      Old Solano Courthouse

PLAINTIFF/PETITIONER      ASSET ACCEPTANCE, LLC
DEFENDANT/RESPONDENT      JUDY SHEPARD-HALL

CASE NUMBER: **VCM102358**

| PROOF OF SERVICE | Ref No or File No **10-10181** |
|---|---|

1.    At the time of service I was at least 18 years of age and not a party to this action. I served copies of WRIT OF EXECUTION; (2) EARNINGS WITHHOLDING ORDER; CONFIDENTIAL STATEMENT OF JUDGMENT DEBTOR'S SOCIAL SECURITY NUMBER; EMPLOYEE INSTRUCTIONS; (2) EMPLOYER'S RETURN; EMPLOYERS INSTRUCTIONS; CLAIM OF EXEMPTION; FINANCIAL STATEMENT

2    a    Party served.  MERCY HOUSING, INC., WHICH WILL DO BUSINESS IN CALIFORNIA AS NEBRASKA MERCY HOUSING, INC. C/O CSC

**BECKY de GEORGE**

b.    Person served: _____    -AGENT FOR SERVICE

c.    Address:    **2710 GATEWAY OAKS DR., # 150N, SACRAMENTO, CA 95833**

3.    I served the party in item 2a.
a.    By personally delivering a copy on:      1.) ___03/14/16___      2.) _1000 AM_

4.    The " Notice to the Person Served " was completed as
a.    **On behalf of a Business Entity / Form unknown (garnishee).**

5.    Person serving: Isaias Medina- Reg #1284 San Bernardino
                Fee for Service: $125.00
G P S Business Services Inc.      Recoverable costs per C.C.P. § 685.050
PO Box 3590      Registered Process Server
Apple Valley, Ca 92308      Employee / Independent Contractor
760.247.7373

6    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct

Date: ___03/14/16___

Rule 982(a) (23) Judicial Council of California-      852669A

## PROOF OF SERVICE

JS

ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*
Amy Gordon / Mitchell Wong     SBN. 143560 / 170856
GORDON & WONG LAW GROUP
1485 Treat Blvd, Suite 102
Walnut Creek, CA 94597

TELEPHONE NO     (877) 275-4979          FAX NO  (Optional)    (650) 583-9010
E–MAIL ADDRESS (Optional)
ATTORNEY FOR (Name)     Plaintiff

LEVY #
Office of the Sheriff
County of Sacramento (916) 875-2665
3341 Power Inn Rd #313, Sacramento, CA  95826

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Solano
STREET ADDRESS          580 Texas Street, Fairfield, CA 94533
MAILING ADDRESS
CITY AND ZIP CODE        580 Texas Street, Fairfield, CA 94533
BRANCH NAME             Old Solano Courthouse

PLAINTIFF/PETITIONER          ASSET ACCEPTANCE, LLC
DEFENDANT/RESPONDENT:          JUDY SHEPARD-HALL

CASE NUMBER: **VCM102358**

**PROOF OF SERVICE OF MAILING**

Ref No. or File No. **10-10181**

On _____03/14/16_____, I served the foregoing document described as

**WRIT OF EXECUTION;; EARNINGS WITHHOLDING ORDER; EMPLOYEE INSTRUCTIONS;**

**EMPLOYER'S RETURN; EMPLOYERS INSTRUCTIONS; CLAIM OF EXEMPTION; FINANCIAL STATEMENT**

on the interested parties in this action by placing true and correct copies thereof, enclosed in sealed envelopes with postage fully prepaid, in the United States mail addressed as follows.
**JUDY SHEPARD-HALL**

**6656 SAWGRASS LN, VALLEJO, CA. 94591**

I am "readily familiar" with the practice of collecting and processing correspondence for mailing.  Under the practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid in the ordinary course of business

Person serving: Isaias Medina- Reg #1284 San Bernardino

G P S Business Services Inc.
PO Box 3590
Apple Valley, Ca 92308
760.247.7373

Fee for Service: $125.00
Recoverable costs per C.C.P. § 685 050
Registered Process Server
Employee / Independent Contractor

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct

Date: ___03/14/16_____

Rule 982(a) (23) Judicial Council of California-          852669A

**PROOF OF SERVICE OF MAILING**

**JS**

# Exhibit 3

RESERVED FOR THE

TRUE AND CORRECT COPY OF THE

RECORDING OF THE FIRST OF TWO

CONVERSATIONS FROM APRIL 8, 2016,

PROVIDED ON FLASH DRIVE

Exhibit 4

RESERVED FOR THE

TRUE AND CORRECT COPY OF THE

RECORDING OF THE SECOND OF TWO

CONVERSATIONS FROM APRIL 8, 2016,

PROVIDED ON FLASH DRIVE

# Exhibit 5



April 15, 2016

JUDY SHEPARD-HALL
6656 Sawgrass Ln
Vallejo, CA 945916313

**Our Client**:   **ASSET ACCEPTANCE, LLC**
**Original Creditor:   DELL FINANCIAL SERVICES**
**Original Account Number:**   ███████████**2253**
**Amount Payable:**        **$3,000.00**
**Our File Number:**      **46004**

      This letter will confirm your telephone conversation with this office regarding settlement of the obligation due to ASSET ACCEPTANCE, LLC in the total amount of 3000.00.   You agreed to satisfy the debt as follows:

      One time payment made via certified check/cashier's check/money order in the amount of **$3,000.00** no later than April 22, 2016.

      Federal law prohibits certain methods of debt collection, and requires that we treat you fairly. You can stop us from contacting you by writing a letter to us that tells us to stop the contact or that you refuse to pay the debt. Sending such a letter does not make the debt go away if you owe it. Once we receive your letter, we may not contact you again, except to let you know that there won't be any more contact or that we intend to take a specific action.

      If you have a complaint about the way we are collecting this debt, please write to us at 1485 Treat Blvd., Suite 102, Walnut Creek, CA 94597, email us at info@gordonwonglaw.com, or call us toll-free at 877-275-4979 between 9:00 A.M. and 5:00 P.M. Pacific Standard Time, Monday – Friday.

      The Federal Trade Commission enforces the Fair Debt Collection Practices Act (FDCPA). If you have a complaint about the way we are collecting your debt, please contact the FTC online at www.ftc.gov; by phone at 1-877-FTC-HELP; or by mail at 600 Pennsylvania Ave., N.W., Washington, D.C. 20580.

      **1099C Disclosure:**    Whenever $600 or more is forgiven as a result of settling a debt for less than the balance owed the account owner may be required to report the amount forgiven to the Internal Revenue Service on a 1099C form, a copy of which would be mailed to you by the account owner. If you are uncertain of the legal or tax consequences we encourage you to consult your legal or tax advisor.

All payments are to be made directly to this office payable to Gordon & Wong Law Group Trust Account. **In the event any payment is returned due to insufficient funds and/or stopped payment, the settlement offer will become immediately void.**

Yours Truly,
**Gordon & Wong Law Group, P.C.**

**/t/**

**Thomas Perry,**
**Director of Operations**

I have read the above and agree to be bound by those terms and conditions.

Dated:_____          _____
                                              JUDY   SHEPARD-HALL

**NOTICE: THIS COMMUNICATION SEEKS TO COLLECT A DEBT.   ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**

Exhibit 6

RESERVED FOR THE

TRUE AND CORRECT COPY OF THE

RECORDING OF THE CONVERSATION

FROM APRIL 15, 2016, PROVIDED ON

FLASH DRIVE

Exhibit 7



April 19, 2016

JUDY SHEPARD-HALL
6656 Sawgrass Ln
Vallejo, CA 945916313

**Our Client**:   **ASSET ACCEPTANCE, LLC**
**Original Creditor:   DELL FINANCIAL SERVICES**
**Original Account Number:** ▆▆▆▆▆▆▆▆**2253**
**Amount Payable:**        **$3,000.00**
**Our File Number:**        **46004**

        This letter will confirm your telephone conversation with this office regarding settlement of the obligation due to ASSET ACCEPTANCE, LLC in the total amount of $3,000.00.   You agreed to satisfy the debt as follows:

        One time payment made via certified check/cashier's check/money order in the amount of **$2,165.91** no later than April 29, 2016. The remaining settlement balance of $834.09 will be received from the sheriff department.   *Please note: if an amount less than $834.09 is received, you are responsible for the difference.*

        Federal law prohibits certain methods of debt collection, and requires that we treat you fairly. You can stop us from contacting you by writing a letter to us that tells us to stop the contact or that you refuse to pay the debt. Sending such a letter does not make the debt go away if you owe it. Once we receive your letter, we may not contact you again, except to let you know that there won't be any more contact or that we intend to take a specific action.

        If you have a complaint about the way we are collecting this debt, please write to us at 1485 Treat Blvd., Suite 102, Walnut Creek, CA 94597, email us at info@gordonwonglaw.com, or call us toll-free at 877-275-4979 between 9:00 A.M. and 5:00 P.M. Pacific Standard Time, Monday – Friday.

        The Federal Trade Commission enforces the Fair Debt Collection Practices Act (FDCPA). If you have a complaint about the way we are collecting your debt, please contact the FTC online at www.ftc.gov; by phone at 1-877-FTC-HELP; or by mail at 600 Pennsylvania Ave., N.W., Washington, D.C. 20580.

        <u>**1099C Disclosure:**</u>     Whenever $600 or more is forgiven as a result of settling a debt for less than the balance owed the account owner may be required to report the amount forgiven to the Internal Revenue Service on a 1099C form, a copy of which would be mailed to you by the account owner. If you are uncertain of the legal or tax consequences we encourage you to consult your legal or tax advisor.

All payments are to be made directly to this office payable to Gordon & Wong Law Group Trust Account. **In the event any payment is returned due to insufficient funds and/or stopped payment, the settlement offer will become immediately void.**

Yours Truly,
**Gordon & Wong Law Group, P.C.**

**/t/**

**Thomas Perry,**
**Director of Operations**

I have read the above and agree to be bound by those terms and conditions.

Dated:_____                    _____
                                           JUDY   SHEPARD-HALL

**NOTICE: THIS COMMUNICATION SEEKS TO COLLECT A DEBT.   ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**

Exhibit 7



**GORDON & WONG**
L A W   G R O U P   P C

April 19, 2016

JUDY SHEPARD-HALL
6656 Sawgrass Ln
Vallejo, CA 945916313

**Our Client**:   **ASSET ACCEPTANCE, LLC**
**Original Creditor:   DELL FINANCIAL SERVICES**
**Original Account Number:** ████████████2253
**Amount Payable:**       **$3,000.00**
**Our File Number:**       **46004**

   This letter will confirm your telephone conversation with this office regarding settlement of the obligation due to ASSET ACCEPTANCE, LLC in the total amount of $3,000.00.   You agreed to satisfy the debt as follows:

   One time payment made via certified check/cashier's check/money order in the amount of **$2,165.91** no later than April 29, 2016. The remaining settlement balance of $834.09 will be received from the sheriff department.   *Please note: if an amount less than $834.09 is received, you are responsible for the difference.*

   Federal law prohibits certain methods of debt collection, and requires that we treat you fairly. You can stop us from contacting you by writing a letter to us that tells us to stop the contact or that you refuse to pay the debt. Sending such a letter does not make the debt go away if you owe it. Once we receive your letter, we may not contact you again, except to let you know that there won't be any more contact or that we intend to take a specific action.

   If you have a complaint about the way we are collecting this debt, please write to us at 1485 Treat Blvd., Suite 102, Walnut Creek, CA 94597, email us at info@gordonwonglaw.com, or call us toll-free at 877-275-4979 between 9:00 A.M. and 5:00 P.M. Pacific Standard Time, Monday – Friday.

   The Federal Trade Commission enforces the Fair Debt Collection Practices Act (FDCPA). If you have a complaint about the way we are collecting your debt, please contact the FTC online at www.ftc.gov; by phone at 1-877-FTC-HELP; or by mail at 600 Pennsylvania Ave., N.W., Washington, D.C. 20580.

   **1099C Disclosure:**     Whenever $600 or more is forgiven as a result of settling a debt for less than the balance owed the account owner may be required to report the amount forgiven to the Internal Revenue Service on a 1099C form, a copy of which would be mailed to you by the account owner. If you are uncertain of the legal or tax consequences we encourage you to consult your legal or tax advisor.

All payments are to be made directly to this office payable to Gordon & Wong Law Group Trust Account. **In the event any payment is returned due to insufficient funds and/or stopped payment, the settlement offer will become immediately void.**

Yours Truly,
**Gordon & Wong Law Group, P.C.**

**/t/**

**Thomas Perry,**
**Director of Operations**

I have read the above and agree to be bound by those terms and conditions.

Dated:_____          _____

                         JUDY   SHEPARD-HALL

**NOTICE: THIS COMMUNICATION SEEKS TO COLLECT A DEBT.   ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**

Exhibit 8

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name and Address):* | TELEPHONE NO:- | LEVYING OFFICER *(Name and Address)* |
|---|---|---|
| Amy L. Gordon (SBN: 143560) / Mitchell Wong (SBN: 170856) | 877-275-4979 | |
| Gordon & Wong Law Group, P.C. | file#:46004 | |
| 1485 Treat Blvd., Suite 102 | | |
| Walnut Creek, California 94597 | | |

ATTORNEY FOR *(Name):* ASSET ACCEPTANCE, LLC

NAME OF COURT, JUDICIAL DISTRICT, OR BRANCH COURT, IF ANY:
SUPERIOR COURT OF CALIFORNIA, COUNTY OF SOLANO
SOLANO COURTHOUSE

PLAINTIFF: ASSET ACCEPTANCE, LLC

DEFENDANT: JUDY  SHEPARD-HALL

| NOTICE OF TERMINATION OR MODIFICATION OF EARNINGS WITHHOLDING ORDER | LEVYING OFFICER FILE NO.: 16-06086 | COURT CASE NO.: VCM102358 |
|---|---|---|

**1. TO EMPLOYER: You are given notice that the Earnings Withholding Order is modified as follows:**

Name and address of employer
Nebraska Mercy Housing
~~1999 Broadway, Suite 1000~~ 2710 Gateway Oaks Dr.
~~Denver, CO 80202~~ Sacramento, CA, 95833 #150N

Name and address of employee
JUDY  SHEPARD-HALL
6656 Sawgrass Ln
Vallejo, CA 945916313

Attn:

*(Insert name above)*

Social Security No. ☑ on form WG-035 ☐ Unknown

2. THE EARNINGS WITHHOLDING ORDER IS

a. ☒ terminated for all earnings payable on or after
   *(date):*     April 19, 2016

b. ☐ modified for all earnings payable on or after
   *(date):*                                   , as follows:

   (1) ☐ The sum to be withheld is *(specify amount/weekly, monthly, etc.):*
      $
      **The amount withheld must not exceed the maximum permitted by law, as explained in the Employer's instructions.**

   (2) ☐ The sum necessary for the support of the judgment debtor and family is *(specify amount/weekly, monthly, etc.):*
      $
      All disposable earnings exceeding that amount are to be withheld, **but the amount withheld must not exceed the maximum permitted by law, as explained in the Employees Instructions.**

c. ☒ Other orders *(specify):*
   **Return any funds held to judgment debtor**

3. Withheld earnings presently in your possession should be paid in accordance with the terms of this notice.

Date:

Levying Officer, by  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .         ▶ _____
                              *(TYPE OR PRINT NAME)*                                              *(SIGNATURE)*

---

## CREDITOR'S INSTRUCTION TO TERMINATE OR MODIFY EARNINGS WITHHOLDING ORDER

**To the levying officer:** You are directed to terminate or modify the Earnings Withholding Order as indicated above.

Date: April 19, 2016
.Amy L. Gordon, Esq. . . . . . . . . . . . . . . . . . . . . . . .         ▶ _____
*(TYPE OR PRINT NAME)*                                              *(SIGNATURE)*

Form Adopted by the
Judicial Council of California
WG-012[Rev. January 1, 2012]

**NOTICE OF TERMINATION OR MODIFICATION**
**OF EARNINGS WITHHOLDING ORDER**
**(Wage Garnishment)**

CCP 706.105(f),
CCP 706.105

2001 © American LegalNet, Inc.

CONFIDENTIAL

WG-035

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | DATE RECEIVED BY COURT *(Do not file in public court file.)* |
|---|---|
| Amy L. Gordon, Esq. (SBN: 143560)/Mitchell L. Wong, Esq. (SBN: 170856)<br>Gordon & Wong Law Group, P.C.<br>1485 Treat Blvd., Suite 102<br>Walnut Creek, California 94597<br>TELEPHONE NO.: 877-275-4979  FAX NO.: 925-264-5940<br>E-MAIL ADDRESS: Our File No. 46004<br>ATTORNEY FOR *(Name):* Plaintiff | |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF: SOLANO**

STREET ADDRESS: 580 TEXAS STREET
MAILING ADDRESS:
CITY AND ZIP CODE: FAIRFIELD, CA 94533
BRANCH NAME: SOLANO COURTHOUSE

| | |
|---|---|
| PLAINTIFF/PETITIONER: ASSET ACCEPTANCE, LLC<br><br>DEFENDANT/RESPONDENT: JUDY  SHEPARD-HALL | COURT CASE NUMBER:<br>VCM102358 |
| **CONFIDENTIAL STATEMENT OF JUDGMENT DEBTOR'S<br>SOCIAL SECURITY NUMBER**<br>**(Supplement to Wage Garnishment Forms<br>WG-001, WG-002, WG-004, WG-005, WG-009, WG-012, and WG-030)** | LEVYING OFFICER FILE NUMBER: |

*(Do not attach to forms.)*

This separate *Confidential Statement of Judgment Debtor's Social Security Number* contains the *Social Security* number of the judgment debtor for whom an earnings withholding order is being sought or has issued in the case referenced above. **This supplement must be kept separate from any applications or orders filed in this case, and should not be a public record.**

INFORMATION ON JUDGMENT DEBTOR:

1. Name: JUDY SHEPARD-HALL

2. Social Security Number: ▮▮▮▮-9875

---
**TO COURT CLERK**
**THIS STATEMENT IS CONFIDENTIAL.**
**DO NOT FILE THIS CONFIDENTIAL STATEMENT IN A PUBLIC COURT FILE.**

---

Form Adopted for Mandatory Use
Judicial Council of California
WG-035 [New January 1, 2012]

**CONFIDENTIAL STATEMENT OF JUDGMENT DEBTOR'S**
**SOCIAL SECURITY NUMBER**
**Wage Garnishment**

www.courts.ca.gov



Exhibit 9

46004
SSF.p



**GORDON & WONG**
L A W   G R O U P   P C

April 15, 2016

JUDY SHEPARD-HALL
6656 Sawgrass Ln
Vallejo, CA 945916313

Our Client:  ASSET ACCEPTANCE, LLC
Original Creditor:  DELL FINANCIAL SERVICES
Original Account Number:  ████████2253
Amount Payable:    $3,000.00
Our File Number:    46004

     This letter will confirm your telephone conversation with this office regarding settlement of the obligation due to ASSET ACCEPTANCE, LLC in the total amount of 3000.00.  You agreed to satisfy the debt as follows:

     One time payment made via certified check/cashier's check/money order in the amount of **$3,000.00** no later than April 22, 2016.

     Federal law prohibits certain methods of debt collection, and requires that we treat you fairly. You can stop us from contacting you by writing a letter to us that tells us to stop the contact or that you refuse to pay the debt. Sending such a letter does not make the debt go away if you owe it. Once we receive your letter, we may not contact you again, except to let you know that there won't be any more contact or that we intend to take a specific action.

     If you have a complaint about the way we are collecting this debt, please write to us at 1485 Treat Blvd., Suite 102, Walnut Creek, CA 94597, email us at info@gordonwonglaw.com, or call us toll-free at 877-275-4979 between 9:00 A.M. and 5:00 P.M. Pacific Standard Time, Monday – Friday.

     The Federal Trade Commission enforces the Fair Debt Collection Practices Act (FDCPA). If you have a complaint about the way we are collecting your debt, please contact the FTC online at www.ftc.gov; by phone at 1-877-FTC-HELP; or by mail at 600 Pennsylvania Ave., N.W., Washington, D.C. 20580.

     **1099C Disclosure:**   Whenever $600 or more is forgiven as a result of settling a debt for less than the balance owed the account owner may be required to report the amount forgiven to the Internal Revenue Service on a 1099C form, a copy of which would be mailed to you by the account owner. If you are uncertain of the legal or tax consequences we encourage you to consult your legal or tax advisor.

1485 Treat Blvd. Suite 102 • Walnut Creek CA 94597 • Telephone 877-275-4979 • Facsimile 650.583.9010
A Professional Corporation

REC'D APR 2 0 2016

All payments are to be made directly to this office payable to Gordon & Wong Law Group Trust Account. **In the event any payment is returned due to insufficient funds and/or stopped payment, the settlement offer will become immediately void.**

Yours Truly,
**Gordon & Wong Law Group, P.C.**

/t/

**Thomas Perry,**
**Director of Operations**

I have read the above and agree to be bound by those terms and conditions.

Dated: _____4/15/2016_____

JUDY  SHEPARD-HALL

NOTICE: THIS COMMUNICATION SEEKS TO COLLECT A DEBT.  ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

1485 Treat Blvd. Suite 102 • Walnut Creek CA 94597 • Telephone 877-275-4979 • Facsimile 650.583.9010
A Professional Corporation

Exhibit 10

## Mitch Wong

| | |
|---|---|
| **From:** | Tom Perry |
| **Sent:** | Thursday, May 12, 2016 11:07 AM |
| **To:** | Mitch Wong |
| **Subject:** | Shepard-Hall Fax to Sheriff #2 |
| **Attachments:** | 208128055773.pdf |



## Fax Status Details

### Attempt 1

| | |
|---|---|
| **Date/Time:** | 4/26/2016 9:57:41 AM |
| **Pages:** | 0 |
| **Elapsed Time:** | 0 seconds |
| **Reason:** | LineBusy |

### Attempt 2

| | |
|---|---|
| **Date/Time:** | 4/26/2016 10:02:47 AM |
| **Pages:** | 0 |
| **Elapsed Time:** | 0 seconds |
| **Reason:** | LineBusy |

### Attempt 3

| | |
|---|---|
| **Date/Time:** | 4/26/2016 10:10:56 AM |
| **Pages:** | 3 |
| **Elapsed Time:** | 128 seconds |
| **Reason:** | Completed |

Truly Yours,


Thomas Perry,
Dir. of Operations


**THIS COMMUNICATION IS FROM A DEBT COLLECTOR.**

Gordon & Wong Law Group, P.C.
1485 Treat Blvd, Suite 102

1

Walnut Creek, CA 94597
925-262-1336 Facsimile: (925) 264-5940

This communication, including any documents transmitted with it, is intended solely for the individual or entity to which it is addressed and may contain information subject to the attorney-client and/or attorney work product privilege, confidential and exempt from disclosure under applicable law. The transmission, accidental or otherwise, of these documents and information to a person, entity, or telephone other than those designated above is totally inadvertent. It is not the intent of the sender or any of our clients to waive any applicable privilege with the inadvertent, incorrect transmission of this email and any attached documents and information. If you are not the intended recipient (or the employee or agent responsible for the delivery of these documents and information to the intended recipient), any dissemination, distribution, or copying of these documents, or the information contained therein, is strictly prohibited. If you have received these documents in error, please notify us immediately by telephone and return the original message to us at the above address by U.S. Mail. Thank you.

 Think GREEN. Please consider the environment before printing this email.

# Exhibit 11

# Price Law Group, APC

# FAX

| TO: | Gordon & Wong | FAX 1: | 925-264-5940 |
|-----|---------------|--------|--------------|
| Department: | Legal Department | | |
| FROM: | Price Law Group, APC | DATE: | 05/05/2016 |
| | 818-995-4540 | PAGES SENT: | 3 (including cover) |
| SUBJECT: | DEMAND LETTER re: Judy Shepard-Hall | | |

IF YOU ARE NOT IN RECEIPT OF ALL PAGES, PLEASE CONTACT THE SENDER AT (818) 995-4540.

THIS MESSAGE IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, OR THE EMPLOYEE OR AGENT RESPONSIBLE FOR DELIVERING THE MESSAGE TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE AND RETURN THE ORIGINAL MESSAGE TO US AT THE ABOVE ADDRESS VIA THE U.S. POSTAL SERVICE. THANK YOU.



PRICE LAW GROUP
A Professional Corporation

May 5, 2016

**Via Facsimile**
**Fax No: 925-264-5940**

Gordon & Wong
1485 Treat Blvd Ste 102
Walnut Creek, CA 94597

Re:    **Judy Shepard-Hall**
      **Gordon & Wong Reference No.: 10-10181**
      **Original Creditor: Asset Acceptance, LLC**
      **Levy/Wage Garnishment (Court Case Number VCM102358 in Superior Court of**
      **California/Levying Officer File No. 16-06086)**

Dear Counselors,

Please be advised that our office has been retained to represent Judy Shepard-Hall with respect to her Fair Debt Collection Practices Act ("FDCPA") claims against Gordon & Wong ("G&W").

In or around March of 2016, Ms. Hall received a Notice of Garnishment referencing a judgment in the amount of $4,064.42. Upon information and belief, this consumer account originated with Asset Acceptance. On or about March 31, 2016 Price Law Group ("PLG") attorneys had contact G&W in attempt to settle Ms. Hall's alleged debt with Asset Acceptance. On April 8, 2016, we contacted your firm informing your representative "Yao" that our client had agreed to pay a lump sum of $3,000.00. During this conversation with Yao, we informed him that a garnishment release letter needed to be sent to our client's employer to quash the garnishment. On April 11, 2016, a fax number (303-830-3488) and contact information (Audrey Stepp) was provided to your firm to issue the letter of release of garnishment to our client's employer. A follow up call, in regards to our client's settlement agreement, was placed from our firm to G&W on or about April 13, 2016. Your representative informed us that the settlement agreement and release would be sent to our office immediately. Our firm did not receive the settlement agreement and release until Friday April 15, 2016. By this date, an amount of $834.05 was garnished from our client's wages. A release of garnishment had not yet been sent to our client's employer, as was agreed upon during the negotiations. Your delay in sending a settlement agreement to our firm or release of garnishment to her employer is not our client's responsibility.

1204 E. Baseline Rd., Suite 102, Tempe, AZ 85283
Tel: 818.907.2030 Fax: 818.907.2122
www.pricelawgroup.com

On April 19, 2016, our client signed and returned the settlement agreement to G&W, along with a check of $3,000.00. On April 22, 2016 our firm followed up with a phone call to your company to confirm receipt of our client's signed settlement agreement and payment of $3,000.00. On April 29, 2016, after the settlement agreement and funds were received by your company, our client's wages were once again garnished in the amount of $834.06.

The actions of G&W are actionable under the FDCPA, specifically:

1. 15 U.S.C. 1692d that a collector may not engage in any conduct that may harass, oppress, or abuse any person in connection with the collection of a debt; and
2. 15 USC 1692e(2)(A) that a collector may not use false representation of the character, amount, or legal status of any debt; and
3. 15 USC 1692f which prohibits a debt collector from using unfair and unconscionable means to collect any debt by attempting to collect any amount unless it is expressly authorized by an agreement or permitted by law.

As of the day of this letter we are aware of two garnishments that occurred for a total of $1,668.11. Our client is willing to settle the matter today for **$4,000**, any amount garnished over the $3,000.00 payment, and debt waiver, if any. This demand is inclusive of all statutory damages and attorneys' fees and costs.

This offer is revoked, if not accepted by May 11, 2016 at 5:00 p.m. PST. If we do not hear from you on or before May 11, 2016 we will pursue additional legal remedies.

Thank you for your prompt attention to this important matter.

Sincerely,

/s/ Alla Gulchina

Alla Gulchina, Esq.
alla@pricelawgroup.com

Stuart M. Price
stuart@pricelawgroup.com

05/05/2016 12:25                                                                                P.001

```
                          *****************************************
                          ***          TX REPORT          ***
                          *****************************************
```

| JOB NO. | MODE | | NO. | DESTINATION TEL/ID | START TIME | PAGE | RESULT | |
|---------|------|------|-----|--------------------|------------|------|--------|-------|
| 5967 | TX | ECM | 001 | 19252645940 | 05/05 12:23 | 003 | OK | 00'58 |

Exhibit 12

**G+W**

**GORDON & WONG**
L A W   G R O U P   P C

May 19, 2016

David Chami, Esq.
Price Law Group, P.C.
1204 E. Baseline Road, Suite 102
Tempe, AZ 85283

Our Client: ASSET ACCEPTANCE, LLC
Your Client:   JUDY SHEPARD-HALL
Our File Number 46004

Dear Mr. Chami:

Thank you for allowing us additional time to review this matter and to respond to your demand on us due to the garnishment.   As you know, the sheriff is the only entity which can execute a court ordered garnishment and their communication with the employer is the only communication which can terminate and earnings withholding order (EWO) which has been duly served on them.   In this case, we received a $3,000.00 payment from your client on or about Friday, April 20, 2016.   On Tuesday, April 26, 2016 we notified the sheriff of the termination of the EWO and our investigation discovered that the sheriff notified Mercy Housing of the termination on April 27, 2016.   I do not know why Mercy Housing did not terminate the EWO when it received that notice, but we had already notified the sheriff of the termination of the EWO and faxed a copy of the termination directly to Mercy Housing on or about May 2, 2016.

We agree that the settlement agreement was for $3,000,00. Please note that the specific language of the April 19, 2016 letter specifically indicates that the $3,000.00 could be paid by your client delivering $2,165.91 no later than April 29, 2016 and the remaining settlement balance of $834.09 will be paid ostensibly through the sheriff's department and Ms. Shephard-Hall would be required to make up for any short fall. Clearly she knew about the initial garnishment but decided to pay $3,000.00 anyway.   This is why our termination of the EWO indicates that any funds held should be returned to your client.

The second garnishment occurred after we had fulfilled our obligation to notify the sheriff to terminate the EWO. The sheriff has also indicated to us that it notified the employer of the termination on April 27, 2016, well before the May 2, 2016 garnishment.

At this point, the sheriff has indicated that it received $906.91 on or about May 2, 2016. The termination requires the sheriff to returned the funds to Ms. Shephard-Hall.   We have received no funds from the sheriff. Should any funds be received from the sheriff on this file by this office, we will return it to your client through your office. This is the fair and correct resolution to this matter as we have complied with our duties.

Yours Truly,

Gordon & Wong Law Group, P.C.

By: _____
      Mitchell L. Wong

1485 Treat Blvd. Suite 102 • Walnut Creek CA 94597 • Telephone 877-275-4979 • Facsimile 650.583.9010
A Professional Corporation