TOMIO B. NARITA (SBN 156576)
tnarita@snllp.com
R. TRAVIS CAMPBELL (SBN 271680)
tcampbell@snllp.com
SIMMONDS & NARITA LLP
44 Montgomery Street, Suite 3010
San Francisco, CA 94104-4816
Telephone: (415) 283-1000
Facsimile:   (415) 352-2625

Attorneys for Defendant
Gordon & Wong Law Group, P.C.
(erroneously sued as "Gordon and
Wong Law Group PC")

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUDY SHEPARD-HALL,<br><br>Plaintiff,<br><br>vs.<br><br>GORDON AND WONG LAW GROUP PC; and DOES 1 to 10, inclusive,<br><br>Defendants. | CASE NO.: 2:16-cv-01361-MCE-GGH<br><br>**DECLARATION OF WENDY SWANDER** |

I, Wendy Swander, declare as follows:

1. I am the Civil Bureau Accounting Supervisor of the Sacramento County Sheriff's Department ("Sheriff's Department"). I am authorized to make this declaration on behalf of the Sheriff's Department. I make this declaration based on my personal knowledge and my review of records maintained by the Sheriff's Department and, if called as a witness, I could and would testify competently to the contents of this declaration and the attached records.

2. I have reviewed the file maintained by the Sheriff's Department for the case titled *Asset Acceptance, LLC v. Judy Shepard-Hall*, case no. VCM 102358, Solano County Superior Court, which was assigned an internal file number of 2016006086 ("the File").

3. The File reflects that on April 19, 2016, the Sheriff's Department received notification from Gordon & Wong Law Group PC that the earnings withholding order served on Nebraska Mercy Housing in connection with employee Judy Shepard-Hall should be terminated for all earnings payable on or after April 19, 2016 and that any funds held should be returned to the judgment debtor ("Termination Request").

4. The File reflects that on April 20, 2016, the Sheriff's Department faxed notice to Gordon & Wong Law Group PC that the Termination Request was not signed and requested an amended document be sent.

5. The File reflects that on April 26, 2016, the Sheriff's Department received a signed notice from Gordon & Wong Law Group PC that the earnings withholding order served on Nebraska Mercy Housing in connection with employee Judy Shepard-Hall should be terminated for all earnings payable on or after April 19, 2016 and that any funds held should be returned to the judgment debtor.

6. The File reflects that on April 27, 2016, the Sheriff's Department notified Nebraska Mercy Housing that the earnings withholding order in connection with Judy Shepard-Hall should be terminated.

7.    Attached hereto as **Exhibit A** is a true and correct copy of a letter the Sheriff's Department sent to Gordon & Wong Law Group PC on or about June 3, 2016.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.  Executed at _Sacramento_, California on this _20_ day of December, 2016.

By: _Wendy Swander_

Wendy Swander

# EXHIBIT A

# SACRAMENTO COUNTY  SHERIFF'S DEPARTMENT

*46004*

## Scott R. Jones
*Sheriff*

June 3, 2016

Gordon & Wong Law Group
1485 Treat Blvd Suite 102
Walnut Creek, CA 94597

RE:  REQUEST FOR RETURN OF FUNDS

Case Title: Asset Acceptance LLC vs Judy Shepard-Hall
          Sheriff File# 2016006086 Court Case# VCM102358

To Whom It May Concern:

A review of this file shows that our Bureau disbursed check# 2012785211 dated 5/16/2016 for $906.91 to your office in error. The file had a Full Release effective 4/19/2016 per your Release/Modification Instructions.

We are requesting a return of these funds so that we can correct our file.

Please return these funds to:

Attn: Wendy Malumphy /Vanessa Naranjo
Sacramento County Sheriff Civil Bureau
3341 Power Inn Road, Ste 313
Sacramento, CA 95826

Please reference Sheriff File# 2016006086 Court Case# VCM102358 on the check. Thank you very much for your assistance on the matter. If you have any questions, contact our office at (916) 875-0195.

Sincerely,

SCOTT R. JONES, SHERIFF

*916 -875 -2696*
*wmalumphy@sacsheriff.com*

Vanessa Naranjo
Accounting Unit