TOMIO B. NARITA (SBN 156576)
tnarita@snllp.com
R. TRAVIS CAMPBELL (SBN 271680)
tcampbell@snllp.com
JENNIFER L. YAZDI (SBN 301868)
jyazdi@snllp.com
SIMMONDS & NARITA LLP
44 Montgomery Street, Suite 3010
San Francisco, CA 94104-4816
Telephone: (415) 283-1000
Facsimile:   (415) 352-2625


Attorneys for Defendant
Gordon & Wong Law Group, P.C.
(erroneously sued as "Gordon and Wong
Law Group PC")

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUDY SHEPARD-HALL,<br><br>Plaintiff,<br><br>vs.<br><br>GORDON AND WONG LAW GROUP PC; and DOES 1 to 10, inclusive ,<br><br>Defendants. | CASE NO.  2:16-cv-01361-MCE-GGH<br><br>**NOTICE OF LODGING OF EXHIBITS 3, 4, AND 6 TO DECLARATION OF MITCHELL L. WONG IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**<br><br>Date:  April 20, 2017<br>Time:  2:00 p.m.<br>Ctrm:  7, 14th Floor<br><br>The Honorable Morrison C. England, Jr. |

TO THE COURT, PLAINTIFF AND HER COUNSEL OF RECORD:

Please take notice that Defendant Gordon and Wong Law Group P.C. (erroneously sued as "Gordon and Wong Law Group PC") ("Defendant") hereby lodges the following exhibits to the Declaration of Mitchell L. Wong in support of Defendant's Motion for Summary Judgment, which has been filed concurrently herewith.  The exhibits have been delivered to the Court on a USB drive, and a compact disk containing the same has been sent to Plaintiff via federal express.

1.    **Exhibit 3** is a true and correct copy of a recording of a telephone conversation that occurred between Defendant's employee and a representative of Price Law Group, APC on April 8, 2016 at 11:47 a.m. Pacific Standard Time.

2.    **Exhibit 4** is a true and correct copy of a recording of a telephone conversation that occurred between Defendant's employee and a representative of Price Law Group, APC on April 8, 2016 at 4:22 p.m. Pacific Standard Time.

3.    **Exhibit 6** is a true and correct copy of a recording of a telephone conversation that occurred between Defendant's employee and a representative of Price Law Group, APC on April 15, 2016 at 12:04 p.m. Pacific Standard Time.

DATED: February 13, 2017        SIMMONDS & NARITA LLP
                                TOMIO B. NARITA
                                R. TRAVIS CAMPBELL
                                JENNIFER L. YAZDI

                                By:   s/R. Travis Campbell
                                      R. Travis Campbell
                                      Attorneys for Defendant
                                      Gordon & Wong Law Group, P.C.
                                      (erroneously sued as "Gordon and Wong
                                      Law Group PC")