# PROOF OF SERVICE

I, the undersigned, declare:

I am employed in the City and County of San Francisco, California. I am over the age of eighteen years and not a party to this action. My business address is 44 Montgomery Street, Suite 3010, San Francisco, California 94104-4816.

I am readily familiar with the business practices of my employer, Simmonds & Narita LLP, for the collection and processing of correspondence by FedEx and that said correspondence is deposited with FedEx that same day in the ordinary course of business.

On this date, I served a copy of the following documents:

1)    **A CD CONTAINING EXHIBITS 3, 4 AND 6 TO THE DECLARATION OF MITCHELL L. WONG IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

by causing such document to be placed in a sealed envelope for collection and delivery by FedEx to the addressee indicated below:

**VIA FEDEX NEXT DAY**

Stuart Michael Price
**PRICE LAW GROUP, APC**
15760 Ventura Blvd., Suite 1100
Encino, CA 94136

*Counsel for Plaintiff*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed at San Francisco, California on this 13th day of February, 2017.

Rosana M. Klingerman
*Paralegal, Simmonds & Narita LLP*