# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUDY SHEPARD-HALL,<br><br>Plaintiff,<br><br>vs.<br><br>GORDON AND WONG LAW GROUP PC; and DOES 1 to 10, inclusive,<br><br>Defendant(s). | Case No.: 2:16-cv-01361-MCE<br><br>**ORDER** |

Pursuant to the stipulation of the parties, and good cause having been shown, the April 20, 2017, hearings on Defendant's Motion for Sanctions (ECF No. 10) and Motion for Summary Judgment (ECF No. 9) is hereby VACATED and CONTINUED TO May 4, 2017 at 2:00 p.m. in courtroom 7, 14th Floor.  Plaintiff's Motion to Continue (ECF No. 11) is DENIED as moot.

IT IS SO ORDERED.

Dated:  April 6, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

ORDER
- 1 -