**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JUDY SHEPARD-HALL,<br><br>Plaintiff,<br><br>vs.<br><br>GORDON AND WONG LAW GROUP PC; and DOES 1 to 10, inclusive,<br><br>Defendant(s). | Case No.: 2:16-cv-01361-MCE-GGH<br><br>**AMENDED JUDGMENT** |

On June 20, 2017, the Court issued a Memorandum and Order ("Order") granting the motion for summary judgment (Doc. No. 9) and motion for sanctions (Doc. No. 10) filed by defendant Gordon & Wong Law Group, P.C. (erroneously sued as "Gordon and Wong Law Group PC") ("Defendant"). *See* Doc. No. 19. Pursuant to the Order, the Court entered judgment in favor of Defendant and against plaintiff Judy Shepard-Hall ("Plaintiff") on all claims asserted in the Complaint, and ordered Plaintiff's counsel – Price Law Group, APC ("PLG") – to pay Defendant's attorney's fees in the amount of $29,507. *Id.*

On September 13, 2017, the Court issued a Memorandum and Order ("Second Order") denying Plaintiff's Amended Motion for Reconsideration of the Motion for Sanctions (Doc. No. 22) and granting, in part, Defendant's motion for additional sanctions (Doc. No. 24). *See* Doc. No. 32. Pursuant to the Second Order, the Court ordered PLG to pay Defendant an additional $500. *Id.*

Accordingly, the Court hereby enters an AMENDED JUDGMENT in this action as follows:

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered as follows:

1) in favor of Defendant and against Plaintiff on all claims asserted in the Complaint; and

2) in favor of Defendant and against PLG in the amount of $30,007.

IT IS SO ORDERED.

Dated: September 28, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

SHEPARD-HALL v. GORDON AND WONG LAW GROUP, PC (CASE NO. 2:16-cv-01361-MCE-GGH)
AMENDED JUDGMENT